# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| RAMONA THOMPSON AND CEVEL FLETCHER, | |
| *Plaintiffs,* | NO.: 1-09-cv-156 |
| vs. | |
| NORTH POINTE INSURANCE COMPANY, | |
| *Defendant.* | |

## ORDER OF DISMISSAL

Come the parties, by their attorneys, and announce to the Court that all matters here in controversy between the parties have been compromised and settled out of Court, and that the plaintiffs, Ramona Thompson and Cevel Fletcher, for valuable consideration, have executed a Release in full and final settlement of all claims, including any and all subrogation interests or liens, if any, against the defendant arising out of the matters here in controversy. It is therefore:

**ORDERED, ADJUDGED and DECREED** by the Court that this cause, as well as the counterclaim, be, and the same are hereby, dismissed with full prejudice to the plaintiffs and that this settlement shall not be admissible in any other proceedings. The court costs incident to this defendant are hereby taxed against the defendant for which execution may issue if necessary. The parties shall bear their own discretionary costs incurred to date.

ENTER this _____ day of _____, 2010.

                                            s/ *William B .Mitchell Carter*
                                          UNITED STATES MAGISTRATE JUDGE

APPROVED FOR ENTRY:

BY: _____
**HOWARD L. UPCHURCH (TNBPR#: 010145)**
*Attorney for Plaintiffs*
3173 N Main St
P.O. Box 381
Pikeville, TN 37367-0381
(423) 447-2903
(423) 447-6672 Facsimile

**LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC**

BY: _____
**DAVID W. NOBLIT (TNBPR#: 006685)**
**AMANDA E. KELLEY (TNBPR#: 022872)**
*Attorneys for Defendant*
801 Broad Street
Third Floor, Pioneer Building
Chattanooga, TN 37402-2621
(423) 265-0214
(423) 266-5490 Facsimile